Same case below, 646 F.3d 81.

**No. 11-224. CVS Pharmacy, Inc., et al., Petitioners v. West Virginia ex rel. Darrell V. McGraw, Jr., Attorney General of West Virginia.**

565 U.S. 1059, 132 S. Ct. 761, 181 L. Ed. 2d 484, 2011 U.S. LEXIS 8531.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 646 F.3d 169.

**No. 11-228. Argentine Republic, Petitioner v. National Grid PLC.**

565 U.S. 1059, 132 S. Ct. 761, 181 L. Ed. 2d 484, 2011 U.S. LEXIS 8518.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 394 U.S. App. D.C. 431, 637 F.3d 365.

**No. 11-235. James Antoine Faulkner, Petitioner v. United States.**

565 U.S. 1059, 132 S. Ct. 761, 181 L. Ed. 2d 484, 2011 U.S. LEXIS 8616.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 636 F.3d 1009.

**No. 11-245. City of Los Angeles, California, Petitioner v. Alameda Books, Inc., et al.**

**No. 11-379. Alameda Books, Inc., et al., Petitioners v. City of Los Angeles, California.**

565 U.S. 1059, 132 S. Ct. 762, 181 L. Ed. 2d 484, 2011 U.S. LEXIS 8599.

November 28, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same cases below, 631 F.3d 1031.

**No. 11-279. Evan Hart, Petitioner v. Family Dental Group, P.C., et al.**

565 U.S. 1059, 132 S. Ct. 763, 181 L. Ed. 2d 484, 2011 U.S. LEXIS 8640.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 645 F.3d 561.

**No. 11-333. Lyn Merritt, aka Linda Merritt, et al., Petitioners v. R&R Capital LLC.**

565 U.S. 1060, 132 S. Ct. 763, 181 L. Ed. 2d 484, 2011 U.S. LEXIS 8497.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 426 Fed. Appx. 85.